■

**Maurice J. HOBSON,
Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 93736.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Sept. 21, 2010.

Scott Thompson, Office of State Public Defender, St. Louis, MO, for Appellant.

Chris Koster, Attorney General, Richard A. Starnes, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before GARY M. GAERTNER, JR., P.J., MARY K. HOFF, J. and PATRICIA L. COHEN, J.

*ORDER*

PER CURIAM.

Maurice J. Hobson (Movant) appeals from the motion court's findings of fact, conclusions of law, and judgment denying Movant's motion for post-conviction relief and request for an evidentiary hearing, filed pursuant to Rule 24.035. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal, and find the claims of error to be without merit. An extended opinion would have no precedential value or serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).

■

**James HUNT, Movant/Movant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 93872.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Sept. 21, 2010.

Jessica M. Hathaway, Office of State Public Defender, St. Louis, MO, for Appellant.

Chris Koster, Attorney General, John Grantham, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before GARY M. GAERTNER, JR., P.J., MARY K. HOFF, J., and PATRICIA L. COHEN, J.

*ORDER*

PER CURIAM.

James Hunt (Movant) appeals from the judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. Movant sought to vacate his conviction for robbery in the second degree, in violation of Section 569.030, RSMo 2000.[1]  Finding no error, we affirm.

---

1.  Unless otherwise indicated, all further statutory references are to RSMo 2000.

We have reviewed the briefs of the parties, the legal file, and the record on appeal, and find the claims of error to be without merit. An extended opinion would have no precedential value or serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).

**MR. GREEN JADE, INC., Appellant,**

v.

**UNDERWRITERS AT LLOYD'S OF LONDON, Respondent.**

**No. ED 93814.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 21, 2010.

Donald V. Nangle, St. Louis, MO, for appellant.

Bradley R. Hansmann, St. Louis, MO, David E. Walker, Kristine M. Sorenson, Mark R. Schmidt, Chicago, IL, for respondent.

Before SHERRI B. SULLIVAN, P.J., CLIFFORD H. AHRENS, J., and LAWRENCE E. MOONEY, J.

**ORDER**

PER CURIAM.

The plaintiff, Mr. Green Jade, Inc., appeals from the trial court's entry of summary judgment in favor of the defendant, Underwriters at Lloyds of London, on the plaintiff's claim to recover for fire loss. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, explaining the reasons for our decision. We affirm. Rule 84.16(b)(5). And we deny all pending motions before this Court.

**Daniel E. DUNCAN, Respondent,**

v.

**Bonnie L. DUNCAN, Appellant.**

**No. ED 93966.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Sept. 21, 2010.